UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **EDUARDO CORREA-LÓPEZ**, *Plaintiff*, <br><br> v. <br><br> **EDWIN O. GONZÁLEZ-RAMOS, ET. AL.**, *Defendants*. | Case No. 24-cv-1006-RAM |

## MOTION TO AMEND CAPTION AND SUBSTITUTE PARTY

Petitioner Eduardo Correa-López, through counsel, respectfully moves this Court for an order to amend the case caption and substitute a party as follows.

1. On or about January 8, 2024, Mr. Correa filed a *pro se* complaint under 28 U.S.C. § 2254.

2. That complaint names the warden of Institución Correccional Sabana Hoyos 216.

3. Before that warden could be served with the complaint, Mr. Correa was transferred to the Centro de Detención del Oeste.

4. As such, now that counsel has obtained that warden-respondent's name, Mr. Correa seeks leave to amend the case caption and substitute José L. Román-López, Warden of Centro de Detención del Oeste as the first respondent.

**WHEREFORE**, Mr. Correa respectfully moves the Court to note and grant this motion, thereby amending the caption to list respondents José L. Román-López *and* Domingo Emanuelli-Hernández.

**RESPECTFULLY SUBMITTED** on May 28, 2024.

        **RACHEL BRILL**
        Federal Public Defender
        District of Puerto Rico

        **S/KEVIN E. LERMAN\***
        Assistant Federal Public Defender
        USDC-PR No. G03113
        241 F.D. Roosevelt Ave.
        San Juan, P.R. 00918-2441
        Tel. (787) 281-4922, Fax (787) 281-4899
        E-mail: Kevin_Lerman@fd.org

**\* CERTIFICATION**: I ECF-filed this **MOTION**, notifying any parties of record.