UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| EDUARDO CORREA-LÓPEZ,<br>*Plaintiff,*<br><br>v.<br><br>EDWIN O. GONZÁLEZ-RAMOS, ET. AL.,<br>*Defendant.* | Case No. 24-cv-1006-RAM |

STATUS REPORT

TO THE HONORABLE RAÚL ARIAS-MARXUACH
CHIEF, UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

Petitioner Eduardo Correa-López, through counsel, submits this status report.

Since our last status report, counsel have continued to our initial fact investigation and review of extensive materials received from prior counsel. We've also corresponded with counsel for respondents regarding pending disclosure requests, which remain outstanding. While we previously estimated being able to tender an amended complaint/petition by this month, our efforts are still underway. It is now hoped that we can file that substantive pleading by early October.

This estimate is due to the extensive state court record at the trial and post-conviction stages and based on our impacted workload in other court-assigned matters. To avoid unnecessary delays, we'll continue endeavoring to settle anticipated issues regarding respondents' record disclosure obligations.

**WHEREFORE**, it is respectfully requested that the Court note this Status Report and issue a further Status Report deadline for October 7, 2024.

R<small>ESPECTFULLY SUBMITTED</small> on August 28, 2024.

>R<small>ACHEL</small> B<small>RILL</small>
>Federal Public Defender
>District of Puerto Rico
>
>s/K<small>EVIN</small> E. L<small>ERMAN</small>*
>Assistant Federal Public Defender
>USDC-PR No. G03113
>241 F.D. Roosevelt Ave.
>San Juan, P.R. 00918-2441
>Tel. (787) 281-4922, Fax (787) 281-4899
>E-mail: Kevin_Lerman@fd.org

\* C<small>ERTIFICATION</small>: I ECF-filed this S<small>TATUS</small> R<small>EPORT</small>, notifying the parties of record.