UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EDUARDO CORREA LOPEZ<br><br>Petitioner<br><br>v.<br><br>EDWIN O. GONZALEZ RAMOS, et al.<br><br>Respondents | CIVIL NO. 24-1006 (RAM) |

MOTION FOR EXTENSION OF TIME TO ANSWER PETITION

OR OTHERWISE PLEAD

TO THE HONORABLE COURT:

**COME NOW**, the Department of Justice of the Commonwealth of Puerto Rico, through the undersigned attorney, on behalf of Respondents, José L. Román López and Hon. Janet Parra Mercado, in their official capacities, and very respectfully states and prays as follows:

1. The undersigned attorney has been assigned as counsel for the appearing respondents.
2. Having reviewed the lengthy Fiest Amended Petition filed in the instant case, in order to responsibly prepare and file a responsive pleading on behalf of respondents, the undersigned hereby requests an extension of time of thirty (30) days, that is until May 22, 2025.

**WHEREFORE,** it is respectfully requested that this Honorable Court grants Respondents the requested extension of thirty (30) days to file a responsive pleading in the instant case.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court, who will send notification of such filing to the parties subscribing to the CM/ECF System.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 22nd day of April 2025.

JANET PARRA MERCADO
Appointed Secretary of Justice

TANIA FERNÁNDEZ MEDERO
Interim Deputy Secretary
in Charge of Civil Litigation

SAMUEL WISCOVITCH CORALI
Interim Deputy Subsecretary
In Charge of Litigation

SUSANA I. PEÑAGARÍCANO BROWN
Interim Director of Federal Litigation and Bankruptcy Division

*S/ Idza Díaz Rivera*
IDZA DÍAZ RIVERA
USDC No. 223404
Department of Justice of Puerto Rico
Federal Litigation Division
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Phone: 787-721-2900 Ext. 1421
Email: idiaz@justicia.pr.gov