UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EDUARDO CORREA LOPEZ<br><br>Petitioner<br><br>v.<br><br>EDWIN O. GONZALEZ RAMOS, et al.<br><br>Respondents | CIVIL NO. 24-1006 (RAM) |

MOTION FOR EXTENSION OF TIME TO FILE REPLY
OR OTHERWISE PLEAD

TO THE HONORABLE COURT:

**COME NOW**, the Department of Justice of the Commonwealth of Puerto Rico, through the undersigned attorney, on behalf of Respondents, José L. Román López and Héctor Siaca Flores, in their official capacities, and very respectfully states and prays as follows:

1. On July 17th, 2025, Petitioner filed a **thirty-four (34) page** Response in Opposition to Respondents' Motion to Dismiss. [Docket No. 65].

2. However, due to the length of Petitioner's Response, additional time is needed in order to file an appropriate responsive pleading. Thus, an extension of time of twenty (20) days is requested to file Respondents' Reply.

**WHEREFORE,** it is respectfully requested that this Honorable Court grants Respondents the requested extension of thirty (20) days to file a responsive pleading in the instant case.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court, who will send notification of such filing to the parties subscribing to the CM/ECF System.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 24th day of July 2025.

**LOURDES GÓMEZ TORRES**
Secretary of Justice

**BRENDA A. GARCÍA RAMOS**
Interim Deputy Secretary
in Charge of Civil Litigation

**SUSANA I. PEÑAGARÍCANO BROWN**
Director of Federal Litigation and Bankruptcy Division

*S/ Idza Díaz Rivera*
**IDZA DÍAZ RIVERA**
USDC No. 223404
Department of Justice of Puerto Rico
Federal Litigation Division
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Phone: 787-721-2900 Ext. 1421
Email: idiaz@justicia.pr.gov